**RoundPoint Mortgage Servicing Corporation ("RoundPoint") is firmly committed to helping its borrowers who are experiencing a hardship. Depending on the circumstances of your case, RoundPoint may be amenable to consensual resolution of this matter, with Court approval. Potential options for resolution may include, among other things, temporary forbearance of payments, payment restructuring and/or adjustment of your payment amount. If you (or, if applicable, any co-debtors) have experienced a hardship, please contact us (or have your counsel contact us, if you are represented) promptly to discuss possible options.**