# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 20-11627-ELF

LISA M. WILLIAMS

5617 1/2 N. PALETHORP STREET

PHILADELPHIA, PA 19120-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LISA M. WILLIAMS

5617 1/2 N. PALETHORP STREET

PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

Date: 9/21/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee