**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Lisa M. Williams,<br><br>        Debtor. | Case No. 20-11627-pmm<br><br>Chapter 13 |

### Debtor's Motion to Reinstate Automatic Stay

**AND NOW**, Debtor Lisa M. Williams, by and through her attorney, moves this Court as follows:

1. The Court issued an order granting relief from the automatic stay with respect to the Debtor's property at 5617½ N. Palethorp Street in Philadelphia on March 1, 2023.

2. The Debtor has receipts indicating that she made all necessary post-petition payments.

3. For that reason, the Debtor requests that the Court reinstate the automatic stay.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in her favor as may be necessary and proper under the law.

Date: March 27, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com