**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Lisa M. Williams,<br><br>                Debtor. | Case No. 20-11627-pmm<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Reinstate Automatic Stay**

**AND NOW**, upon consideration of the Debtor's Motion to Reinstate Automatic Stay, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The automatic stay is **REINSTATED** with respect to the Debtor's property at property at 5617½ N. Palethorp Street in Philadelphia.

Date: _____

                                                                                       Patricia M. Mayer
                                                                                       U.S. Bankruptcy Judge