UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lisa M. Williams<br>　　　　　　　Debtors<br><br>Lisa M. Williams<br>Movant<br>v.<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust<br>KENNETH E. WEST- Trustee<br>　　　　　　　Respondents | Case No.: 20-11627-pmm<br><br>Chapter: 13<br><br>Judge: Patricia M. Mayer |

**ORDER APPROVING STIPULATION TO REINSTATE STAY**

AND NOW, this  9th  day of  May , 2024, it is hereby ORDERED and DECREED that the Stipulation to Reinstate Stay as to SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust is hereby APPROVED.  The Relief Order entered on March 9, 2023, is hereby VACATED.

BY THE COURT:

*/Patricia M. Mayer/*

Patricia M. Mayer,
Bankruptcy Judge