UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Lisa M. Williams<br>            Debtors<br><br>Lisa M. Williams<br>Movant<br>v.<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust<br>KENNETH E. WEST- Trustee<br>            Respondents | Case No.: 20-11627-pmm<br><br>Chapter: 13<br><br>Judge: Patricia M. Mayer |

**ORDER APPROVING AMENDED STIPULATION TO REINSTATE STAY**

AND NOW, this ___23rd___ day of ___September___, 2024, it is hereby ORDERED and DECREED that the Amended Stipulation to Reinstate Stay as to SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust is hereby APPROVED. The Relief Order entered on March 9, 2023, is hereby VACATED.

BY THE COURT:

_Patricia M. Mayer_
_____
Patricia M. Mayer,
Bankruptcy Judge