UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Lisa M. Williams<br>               Debtor<br><br>SN Servicing Corporation as servicer for US Bank Trust National Association as Trustee for LB-Cabana Series IV Trust<br>v.<br><br>Lisa M. Williams<br>Kenneth E. West<br>               Respondents | CASE NO.: 20-11627-pmm<br><br>CHAPTER 13<br><br>Judge:  Patricia M. Mayer<br><br>Hearing Date:<br><br>Objection Deadline: |

## PRAECIPE TO WITHDRAW AMENDED CLAIM 4-2

TO THE CLERK:

Kindly withdraw Amended Claim 4-2 filed by Creditor, SN Servicing Corporation as servicer for US Bank Trust National Association as Trustee for LB-Cabana Series IV Trust on September 26, 2024.  Debtor has directly paid to Creditor all post-petition arrearage amounts.

Dated: January 10, 2024

By: /s/ Lauren Moyer
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer for US Bank Trust National Association as Trustee for LB-Cabana Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Lisa M. Williams<br>                    Debtor<br><br>SN Servicing Corporation as servicer for US Bank Trust National Association as Trustee for LB-Cabana Series IV Trust<br>v.<br><br>Lisa M. Williams<br>Kenneth E. West<br>                    Respondents | CASE NO.: 20-11627-pmm<br><br>CHAPTER 13<br><br>Judge:  Patricia M. Mayer<br><br>Hearing Date:<br><br>Objection Deadline: |

**CERTIFICATE OF SERVICE OF PRAECIPE TO WITHDRAW**

I certify under penalty of perjury that I caused to be served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 10, 2024.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: January 10, 2024

By: /s/ Lauren Moyer
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer for US Bank Trust National Association as Trustee for LB-Cabana Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

## SERVICE LIST

**Service by Regular Mail**

Lisa M. Williams
5617 1/2 N. Palethorp Street
Philadelphia , PA 19120

**Service by NEF**

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Attorney

United States Trustee
Robert N.C. Nix Federal Building - Suite 320, 900 Market Street
Philadelphia, PA 19107
United States Trustee