**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Lisa M. Williams, | Chapter 13 |
| Debtor | Case No. 20-11627 |

**PRAECIPE TO AMEND ADDRESS**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

| **Old Address**: | **New Address:** |
|---|---|
| 5617 ½ N. Palethorp Street | 6439 N. 15th Street |
| Philadelphia, PA 19120 | Philadelphia, PA 19126 |

Date: January 31, 2025         CIBIK LAW, P.C.
                               Attorney for Debtor

                               By: /s/ Michael A. Cibik
                                   Michael A. Cibik, Esquire
                                   Attorney I.D. 23110
                                   1500 Walnut Street, Suite 900
                                   Philadelphia, PA 19102
                                   P: 215-735-1060/F: 215-735-6769
                                   E: cibik@cibiklaw.com