Certificate Number: 16339-PAE-DE-039313826

Bankruptcy Case Number: 20-11627



16339-PAE-DE-039313826

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2025, at 10:52 o'clock AM EST, Lisa Williams completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 6, 2025              By:    /s/Kelley Tipton

                                      Name:  Kelley Tipton

                                      Title: Certified Financial Counselor