# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>LISA M. WILLIAMS<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO. 20-11627-PMM |

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

    LISA M. WILLIAMS
    6439 N. 15TH STREET
    PHILADELPHIA, PA 19126

B. and by electronic service only:

Creditor

    SN SERVICING CORPORATION
    323 FIFTH ST
    EUREKA, CA 95501

Debtor's Attorney

    CIBIK LAW, P.C.
    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA 19102

Dated: 2/12/2025

                                                          /s/ Kenneth E. West
                                                          Kenneth E. West, Esquire
                                                          Chapter 13 Standing Trustee