United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 20-11627-pmm
Lisa M. Williams Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Feb 13, 2025      Form ID: 138OBJ      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa M. Williams, 6439 N. 15th Street, Philadelphia, PA 19126-3503 |
| 14488743 | | BANK OF AMERICA, N.A. et.al., C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14484135 | + | Bishop McDevitt High School, 1 Crusader Way, Harrisburg, PA 17111-3707 |
| 14484136 | | Carisbrook Asset Holding Trust, 5616 Parkway Plaza Blvd., Building 6 & 8, Charlotte, NC 28217 |
| 14532467 | + | City of Philadelphia and/or Water Bureau, c/o Pamela Elchert Thurmond, Dep City So, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor Philadelphia, PA 19102-1617 |
| 14484146 | + | Facts Management Company, 121 South 13th Street, Suit 301, Lincoln, NE 68508-1925 |
| 14484147 | + | Helm Associates, 394 Lincoln Hwy, Fairless Hills, PA 19030-1203 |
| 14484150 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14484153 | + | Phelan, Halinan, Diamond & Jones, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14484156 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14505412 | + | U.S. Bank Trust National Association, et.al., ROUNDPOINT MORTGAGE SERVICING, CORPORATION, 446 WRENPLACE ROAD, FORT MILL SC 29715-0200 |
| 14484161 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 14 2025 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 14 2025 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14484134 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 14 2025 00:09:00 | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14484140 | | Email/Text: megan.harper@phila.gov | Feb 14 2025 00:11:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14484141 | | Email/Text: megan.harper@phila.gov | Feb 14 2025 00:11:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14532748 | | Email/Text: megan.harper@phila.gov | Feb 14 2025 00:11:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14517599 | | Email/Text: megan.harper@phila.gov | Feb 14 2025 00:11:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy |

Case 20-11627-pmm    Doc 98    Filed 02/15/25    Entered 02/16/25 00:31:52    Desc Imaged
                        Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: 138OBJ | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | | Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14484137 | + | Email/Text: ecf@ccpclaw.com | Feb 14 2025 00:09:00 | Cibik and Cataldo, P.C., 1500 Walnut St., Suite 900, Philadelphia, PA 19102-3518 |
| 14484139 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2025 00:09:06 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14484142 | + | Email/Text: bankruptcy@philapark.org | Feb 14 2025 00:11:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14484143 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2025 00:08:44 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14484144 | | Email/Text: bankruptcycourts@equifax.com | Feb 14 2025 00:10:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14484145 | ^ | MEBN | Feb 13 2025 23:59:41 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14720624 | ^ | MEBN | Feb 14 2025 00:00:12 | FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation, as Servicer for U.S. Bank Trust N.A., 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 14484148 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 14 2025 00:10:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14484149 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 14 2025 00:10:00 | Midland Credit Mgmt In, 8875 Aero Dr, San Diego, CA 92123-2255 |
| 14484152 | ^ | MEBN | Feb 13 2025 23:59:53 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14484154 | | Email/Text: BKEBN-Notifications@ocwen.com | Feb 14 2025 00:09:00 | PHH Mortgage, 3000 Leadenhall Road, Mount Laurel, NJ 08054 |
| 14484151 | | Email/Text: bankruptcygroup@peco-energy.com | Feb 14 2025 00:10:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14484155 | + | Email/Text: bankruptcy@philapark.org | Feb 14 2025 00:11:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14484157 | ^ | MEBN | Feb 14 2025 00:00:04 | Roundpoint Mtg, 5032 Parkway Plaza Bl Ste 200, Corporation, NC 28217-1934 |
| 14930652 | | Email/Text: bknotices@snsc.com | Feb 14 2025 00:11:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 14620212 | ^ | MEBN | Feb 14 2025 00:00:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14488739 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 14 2025 00:09:26 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14484158 | | Email/Text: DASPUBREC@transunion.com | Feb 14 2025 00:09:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14532460 | + | Email/Text: megan.harper@phila.gov | Feb 14 2025 00:11:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14612455 | ^ | MEBN | Feb 13 2025 23:59:46 | U.S. Bank Trust National Association, as Trustee, of LB-Cabana Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14581015 | ^ | MEBN | Feb 14 2025 00:00:08 | U.S. Bank Trust National Association, not in its i, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

| 14503472 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Feb 14 2025 00:20:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14484160 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 14 2025 00:09:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14484159 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 14 2025 00:09:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14484138 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

**Name** | **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor CARISBROOK ASSET HOLDING TRUST bkgroup@kmllawgroup.com

JEROME B. BLANK
on behalf of Creditor BANK OF AMERICA N.A., et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
on behalf of Creditor U.S. Bank Trust National Association et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN MOYER
on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the LB-Cabana Series IV Trust bkecf@friedmanvartolo.com

MARIO J. HANYON
on behalf of Creditor U.S. Bank Trust National Association et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MEGAN N. HARPER
on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

MICHAEL A. CIBIK
on behalf of Debtor Lisa M. Williams help@cibiklaw.com

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: 138OBJ | Total Noticed: 43 |

noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND
   on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*Form 138OBJ* (6/24)–doc 97 − 95

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Lisa M. Williams )    Case No. 20−11627−pmm
)
)
    Debtor(s). )    Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    Eastern District of Pennsylvania
    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 13, 2025     For The Court

    Timothy B. McGrath
    Clerk of Court