United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11627-pmm |
| Lisa M. Williams | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 22, 2025 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa M. Williams, 6439 N. 15th Street, Philadelphia, PA 19126-3503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 23 2025 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 23 2025 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2025        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
     on behalf of Creditor CARISBROOK ASSET HOLDING TRUST bkgroup@kmllawgroup.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 138FIN | Total Noticed: 3 |

JEROME B. BLANK
 on behalf of Creditor BANK OF AMERICA N.A., et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
 on behalf of Creditor U.S. Bank Trust National Association et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
 ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN MOYER
 on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the LB-Cabana Series IV Trust bkecf@friedmanvartolo.com

MARIO J. HANYON
 on behalf of Creditor U.S. Bank Trust National Association et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MEGAN N. HARPER
 on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

MICHAEL A. CIBIK
 on behalf of Debtor Lisa M. Williams help@cibiklaw.com
 noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND
 on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*Form 138FIN* (6/24)−doc 103 − 102

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    Lisa M. Williams                                   Case No. 20−11627−pmm

    Debtor(s).                                              Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania  
        900 Market Street  
        Suite 400  
        Philadelphia, PA 19107

    In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: May 22, 2025

For The Court

Timothy B. McGrath  
Clerk of Court